JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. H.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 8:26-cv-00221-KES<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further administrative proceedings consistent with the Court's Memorandum Opinion and Order.

DATED: August 13, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE